R. J. CALDWELL COMPANY, INC., Appellant, *v.* CONNECTI-CUT MILLS COMPANY, Respondent.

(Argued June 3, 1929; decided July 11, 1929.)

*Terence J. McManus* and *Hugo I. Epstein* for appellant.
*Ralph S. Harris, Harold L. Smith* and *Alanson . W. Willcox* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.